UNITED STATES DISTRICT COURT
DISTRICT FOR RHODE ISLAND

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

F/V IRON HORSE, Official No. 533196, her engines, tackle, boilers, permits, appurtenances, etc., *in rem* ,

F/V BRIANA NICOLE, Official No. 687824, her engines, tackle, boilers, permits, appurtenances, etc., *in rem* ,

BREEZY FISHERIES, INC.,
TB FISHERIES, INC.,
JAMES O'GRADY and
TRACEY O'GRADY
*in personam*,

Defendants.

CA 08 300 ML
CIVIL ACTION NO. ____

AT LAW AND IN ADMIRALTY

APPLICATION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

COMES NOW PLAINTIFF, United Sates of America, and hereby applies to this Court for an Order directing the United States Marshal for this District to transfer custody of the Defendant vessels F/V IRON HORSE, its engines, tackle, boilers, permits (including but not limited to Federal Fisheries Permit No. 330155), cargoes, inventories, supplies, appurtenances, etc., (hereinafter the "IRON HORSE") and F/V BRIANA NICOLE, its engines, tackle, boilers, permits (including but not limited to Federal Fisheries Permit No. 410384), cargoes, inventories, supplies, appurtenances, etc., (hereinafter the "BRIANA NICOLE"), to the substitute custodian, Promet Marine Services, Corp. located at 242 Allens Avenue, Providence, RI 02905 (the "Facility"), immediately following arrest of the Vessels at or near Town Dock, 45 State Street, Pt. Judith, Rhode Island.

As more fully described in the Affidavit of Paul Baker, Sr., authorized representative of the substitute custodian, and the Declarations of Ronald M. Linsky, Chief of the Financial Services Branch of the Regional Office of the National Marine Fisheries Service, and Peter G. Myer, Department of Justice, attorney of record representing the U.S. Department of Commerce, filed herewith, Promet Marine Services Corp. has agreed to act as substitute custodian of the IRON HORSE and BRIANA NICOLE in lieu of the Marshal, and to serve as substitute custodian of the IRON HORSE and BRIANA NICOLE while they remains *in custodia legis* or until further notice of the Court. With Promet Marine acting as the substitute custodian, the United States Marshals Service will not be held responsible for any damages to the IRON HORSE and/or BRIANA NICOLE, injuries aboard them, or claims of any sort arising from the custody of the IRON HORSE and BRIANA NICOLE.

Plaintiff also requests that the expenses of the United States Marshal, the United States, and the substitute custodian in safekeeping and maintaining the IRON HORSE and BRIANA NICOLE while *in custodia legis* be declared administrative expenses herein, to be paid prior to the release of the IRON HORSE and/or BRIANA NICOLE or distribution of the proceeds of their sales, all in accordance with the rule of *New York Dock Co. v. Steamship POZNAN*, 274 U.S. 117 (1927).

The United States further requests that all expenses of the substitute custodian, or any party advancing funds to the substitute custodian, for the preparation of the IRON HORSE and BRIANA NICOLE for maintenance and preservation during lay up be declared administrative expenses herein, to be paid prior to the release of the IRON HORSE and BRIANA NICOLE or distribution of the proceeds of their sales.

This application is based on the Verified Complaint, the Affidavits of Paul Baker, Sr., the Declarations of Ronald M. Linsky and Peter G. Myer, and the official file of this case. A proposed Order is filed herewith.

Date: August 5, 2008

Respectfully submitted,

GREGORY G. KATSOS
Assistant Attorney General

ROBERT CLARK CORRENTE
United States Attorney

PETER G. MYER
Admiralty Trial Attorney
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
(202) 616-4043

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was mailed, first class postage prepaid, this 5th day of August, 2008 to the following entities known to have liens on the defendant vessels F/V IRON HORSE and/or F/V BRIANA NICOLE:

Rhode Island Engine Co., Inc.
PO Box 543
Narragansett, Rhode Island 02882

Richard Boyle, Credit Manager
Santoro Oil Co., Inc.
101 Corliss Street
Providence, Rhode Island 02904

PETER G. MYER