UNITED STATES DISTRICT COURT
DISTRICT FOR RHODE ISLAND

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>F/V IRON HORSE, Official No. 533196, her engines, tackle, boilers, permits, appurtenances, etc., *in rem*,<br><br>F/V BRIANA NICOLE, Official No. 687824, her engines, tackle, boilers, permits, appurtenances, etc., *in rem*,<br><br>BREEZY FISHERIES, INC., TB FISHERIES, INC., JAMES O'GRADY and TRACEY O'GRADY *in personam*,<br><br>Defendants. | CA 08 300ML<br>CIVIL ACTION NO. ____<br><br>AT LAW AND IN ADMIRALTY |

## AFFIDAVIT OF PROPOSED SUBSTITUTE CUSTODIAN

Before me, the undersigned authority, personally appeared *Joel Cohen*, who, being by me duly sworn, deposed as follows:

1. I am JOEL H. COHEN, VICE PRESIDENT. of Promet Marine Services Corp. ("Promet"), the proposed substitute custodian, and competent to make this affidavit.

2. The defendant vessels, the F/V IRON HORSE and the F/V BRIANA NICOLE, are currently berthed at Town Dock, 45 State Street, Point Judith, Rhode Island, but will be towed after their arrest to Promet's facility at 242 Allens Avenue, Providence, RI 02905. The tows will be accomplished by TUCKER ROY TOWING OR TUG JAGUAR (CHARLIE MITCHELL), under a contract with Promet, and will cost $11,700.00.

3. Promet has repaired both the F/V IRON HORSE and the F/V BRIANA NICOLE, so the company is familiar with the defendant vessels, including their size, type, construction, material and apparent condition, and can adequately supervise and safely keep the vessels in lieu

of the United Stares Marshal during the pendency of the suit herein and until further order of the Court, and in this regard agrees to perform the following services for the vessels during custodianship: remove them from the water, provide blocks and/or cradles to properly support their hulls, provide reasonable physical security for them, post signs instructing unauthorized persons to keep off them, keep them under surveillance, take reasonable steps to prevent unauthorized persons from boarding them, and perform other routine services required for the safekeeping of the vessels. Should the defendant vessels remain in *custodia legis* through such changes in the prevailing weather as to require "winterization," the costs of that process will be separately agreed upon.

4. Promet agrees to perform the above described custodial services for $80.00 per day per vessel. Promet will also levy a one-time charge for the haul-out of $20.00 per foot of vessel length.

5. Promet agrees that during custodianship of the defendant vessels after they are towed to Promet's facility from Point Judith, Promet will not permit the vessels to be moved nor repairs or changes to be made to the vessels without an order of this Court, except in emergency situations or for routine maintenance or short moves within the boundaries of the port that are required for the vessels' safekeeping.

6. Promet agrees to accept substitute custodianship of the defendant vessels in accordance with the proposed Order Appointing Substitute Custodian, a copy of which is attached hereto, upon delivery of a signed copy of the said Order

Joel H. Cohen
PROMET MARINE SERVICES CORP.

SWORN TO AND SUBSCRIBED before me on the 5th day of August, 2008.

Lorraine M Cardi ID# 38594
NOTARY PUBLIC
State of Rhode Island
My Commission Expires: 08/09/2010