UNITED STATES DISTRICT COURT
DISTRICT FOR RHODE ISLAND

THE UNITED STATES OF AMERICA,

Plaintiff,

V.

F/V IRON HORSE, Official No. 533196, her engines, tackle, boilers, permits, appurtenances, etc., *in rem* ,

F/V BRIANA NICOLE, Official No. 687824, her engines, tackle, boilers, permits, appurtenances, etc., *in rem* ,

BREEZY FISHERIES, INC.,
TB FISHERIES, INC.,
JAMES O'GRADY and
TRACEY O'GRADY
*in personam*,

Defendants.

A 08 300 ML
CIVIL ACTION NO.

AT LAW AND IN ADMIRALTY

AFFIDAVIT OF FINANCIAL SERVICES BRANCH CHIEF

I, the undersigned, testify under penalty of perjury as set forth below.

1. I, Ronald M. Linsky, of 11-15 Parker Street, Gloucester, MA. 01930, am Chief of the Financial Services Branch of the Regional Office of the National Marine Fisheries Service, NOAA, U.S. Department of Commerce, and have experience locating reliable and economical substitute custodians for fishing vessels, and am competent to make this affidavit.

2. I have personally viewed the defendant vessels, the F/V IRON HORSE and the F/V BRIANA NICOLE, land shopped for the services to be provided by Paul Baker, Sr. substitute custodian, including providing reasonable physical security for the vessels, periodically inspect the vessels as laid up, post signs instructing unauthorized persons to keep off the vessel, keep the vessel under surveillance, take reasonable steps to prevent unauthorized persons from boarding the vessel, and perform other routine services required for the safekeeping of the vessel.

3. The proposed substitute custodian has agreed to perform the above described custodial services for $100.00 per day. The Marshal would charge about $250.00 per day for safekeeping the vessel.

4. I believe that such custodial services are reasonably necessary to the economic safekeeping, preservation and maintenance the vessel and that the proposed substitute custodian

is reliable.

5. The National Marine Fisheries Service will provide adequate port risk insurance on the vessel while in *custodia legis*. Said insurance will include Hull coverage, Protection and Indemnity coverage, and Breach of Warranty coverage at least to the extent of the value of the vessel

I verify under penalty of perjury, in accordance with 28 U.S.C. 1746, that the foregoing is correct and true.

Dated this 31 day of July, 2008

RONALD M. LINSKY