UNITED STATES DISTRICT COURT
DISTRICT FOR RHODE ISLAND

CA 08 300 ML

THE UNITED STATES OF AMERICA,
Plaintiff,

v.

F/V IRON HORSE, Official No. 533196, her engines, tackle, boilers, permits, appurtenances, etc., *in rem* ,

F/V BRIANA NICOLE, Official No. 687824, her engines, tackle, boilers, permits, appurtenances, etc., *in rem* ,

BREEZY FISHERIES, INC., TB FISHERIES, INC., JAMES O'GRADY and TRACEY O'GRADY *in personam*,

Defendants.

CIVIL ACTION NO. ____

AT LAW AND IN ADMIRALTY

APPLICATION FOR ISSUANCE OF WARRANT OF
MARITIME ARREST OF THE F/V IRON HORSE

Pursuant to Rule C(3)of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims, Plaintiff, the United States of America, hereby applies for a review by the Court of its Verified Complaint, filed contemporaneously with this motion; for a finding based thereon that the conditions for an action *in rem* appear to exist; and for an Order directing the Clerk to issue to the United States Marshal a Warrant of Maritime Arrest for the Arrest of the defendant Vessel F/V IRON HORSE, in the form attached to the proposed order herein.

This application is based upon the Verified Complaint herein, the Exhibits filed therewith, the Affidavit of Paul Baker, Sr., and the Declarations of Ronald M. Linsky and Peter G. Myer, filed herewith.

Dated: August 5, 2008

Respectfully submitted,

GREGORY G. KATSOS
Assistant Attorney General

ROBERT CLARK CORRENTE
United States Attorney

PETER G. MYER
Admiralty Trial Attorney
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
202) 616-4043

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was mailed, first class postage prepaid, this 5th day of August, 2008 to the following entities known to have liens on the defendant vessels F/V IRON HORSE and/or F/V BRIANA NICOLE:

Rhode Island Engine Co., Inc.
PO Box 543
Narragansett, Rhode Island 02882

Richard Boyle, Credit Manager
Santoro Oil Co., Inc.
101 Corliss Street
Providence, Rhode Island 02904

PETER G. MYER