UNITED STATES DISTRICT COURT
DISTRICT FOR RHODE ISLAND

CA 08 300 ML

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

F/V IRON HORSE, Official No. 533196, her engines, tackle, boilers, permits, appurtenances, etc., *in rem* ,

F/V BRIANA NICOLE, Official No. 687824, her engines, tackle, boilers, permits, appurtenances, etc., *in rem* ,

BREEZY FISHERIES, INC., TB FISHERIES, INC., JAMES O'GRADY and TRACEY O'GRADY *in personam*,

Defendants.

CIVIL ACTION NO. ____

AT LAW AND IN ADMIRALTY

DECLARATION OF PETER G. MYER IN SUPPORT OF ISSUANCE OF WARRANT OF MARITIME ARREST AND IN SUPPORT OF APPLICATION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

I, Peter G. Myer, hereby declare as follows:

1. I am a Trial Attorney in the U.S. Department of Justice, Torts Branch, Civil Division, and one of the attorneys for the United States in this matter. I make this Declaration based on personal knowledge or upon information officially furnished to me.

2. With respect to the Applications of the United States for Orders pursuant to Supplemental Rule C(3)of the Federal Rules of Civil Procedure for Issuance of a Warrants of Maritime Arrest of the F/V IRON HORSE and F/V BRIANA NICOLE (the "Vessels"), Declarant states as follows:

a. The United States has a filed a Verified Complaint for Foreclosure of First and Second Preferred Ship Mortgages and for Money Due on Promissory Notes and Personal Guaranties herein for the foreclosure of first and second preferred ship mortgages(the

"Mortgages") on the Vessels, *in rem*. The Mortgages fall within the scope of 46 U.S.C. §31301, *et seq*. As described more fully in the Verified Complaint for Foreclosure of First and Second Preferred Ship Mortgages and for Money Due on Promissory Notes and Personal Guaranties herein, the Mortgages secure amounts due under a promissory to the United States signed by Breezy Fisheries, Inc. and TB Fisheries, Inc., the shipowners, and amounts due under promissory notes and cross-colateralizing guarantees to the United States signed by and secured by Breezy Fisheries, Inc. and TB Fisheries, Inc.

b. Breezy Fisheries, Inc. and TB Fisheries, Inc., have failed to make payments required by the promissory notes, thereby committing defaults under the Mortgages. Pursuant to 46 U.S.C. §31325, the liens of the Mortgages may be enforced by the United States by actions *in rem* in Admiralty. Furthermore, 46 U.S.C. §31325 vests original and exclusive jurisdiction of all such suits in the District Courts of the United States.

3. With respect to the Application of the United States for Appointment of a Substitute Custodian to serve in lieu of the United States Marshal subsequent to the arrest of the Vessel, Declarant states as follows:

a. I have personally discussed with the Department of Commerce the matter of a substitute custodian in this proceeding, and I am convinced that the services provided by Promet Marine Services Corp., located at 242 Allens Avenue, Providence, RI 02905, are reasonably necessary to the economical safekeeping, preservation and maintenance of the Vessels; that Promet Marine Services Corp.'s charges as the proposed substitute custodian, as set forth in its affidavit filed herewith are significantly less than the charges of other private contract keepers for similar services. The total cost does not include charges for insurance premiums, emergency and non-routine services. These costs will be the same regardless of whether a private keeper or substitute custodian is appointed.

b. I have been informed by officials of the Department of Commerce that it does and will maintain adequate insurance on the Vessels at all times subsequent to the arrest by the United States Marshal, and while it remains *in custodia legis*.

I verify under penalty of perjury, I accordance with 28 U.S.C. §1746, that the foregoing is true and correct.

Dated this 5th day of August, 2008

PETER G. MYER