UNITED STATES DISTRICT COURT
DISTRICT FOR RHODE ISLAND

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>F/V IRON HORSE, Official No. 533196, her engines, tackle, boilers, permits, appurtenances, etc., *in rem*,<br><br>F/V BRIANA NICOLE, Official No. 687824, her engines, tackle, boilers, permits, appurtenances, etc., *in rem*,<br><br>BREEZY FISHERIES, INC., TB FISHERIES, INC., JAMES O'GRADY and TRACEY O'GRADY *in personam*,<br><br>Defendants. | CA 08 300 ML<br>CIVIL ACTION NO. ____<br><br>AT LAW AND IN ADMIRALTY |

AUG - 5 2008
DISTRICT OF RHODE ISLAND

ORDER FOR ISSUANCE OF WARRANT
OF MARITIME ARREST OF F/V BRIANA NICOLE

Upon reading the Verified Complaint for Foreclosure of First and Second Preferred Ship Mortgages and for Money Due Promissory Notes and personal Guaranties, and Application for Issuance of Warrant of Maritime Arrest and supporting papers, and the Court finding that the conditions for an action *in rem* under the Supplemental Admiralty Rule C appear to exist, it is:

ORDERED that the Clerk shall issue a Warrant of Maritime Arrest of the F/V BRIANA NICOLE as prayed for in the Complaint; and it is further

ORDERED that any person claiming an interest in property arrested pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the arrest should be vacated or other relief granted; and it is further

ORDERED that a copy of this Order be attached to and served with the said Warrant of Maritime Arrest.

Done at Providence, Rhode Island, this 6th day of Aug, 2008.

David L. Martin

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Respectfully Submitted,

GREGORY G. KATSOS
Assistant Attorney General

ROBERT CLARK CORRENTE
United States Attorney

PETER G. MYER
Admiralty Trial Attorney
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
202) 616-4043