UNITED STATES DISTRICT COURT
DISTRICT FOR RHODE ISLAND

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>F/V IRON HORSE, Official No. 533196, her engines, tackle, boilers, permits, appurtenances, etc., *in rem* ,<br><br>F/V BRIANA NICOLE, Official No. 687824, her engines, tackle, boilers, permits, appurtenances, etc., *in rem* ,<br><br>BREEZY FISHERIES, INC.,<br>TB FISHERIES, INC.,<br>JAMES O'GRADY and<br>TRACEY O'GRADY<br>*in personam*,<br><br>Defendants. | ) | [redacted] 08 300ML<br>CIVIL ACTION NO. ____<br><br>AT LAW AND IN ADMIRALTY<br>AUG - 5 2008 |

WARRANT OF ARREST OF F/V IRON HORSE

To: UNITED STATES MARSHAL FOR THE DISTRICT OF RHODE ISLAND

WHEREAS, the United Sates of America has filed a Verified Complaint for Foreclosure of First and Second Preferred Ship Mortgages and for Money Due on Promissory Notes and Personal Guaranties, for the purpose of, among other things, foreclosing first and second preferred ship mortgages against the Defendant F/V IRON HORSE, O.N. 533196, its engines, tackle, boilers, permits (including but not limited to Federal Fisheries Permit No. 330155), cargoes, inventories, supplies, appurtenances, etc., whether now owned or hereafter acquired, whether on board or not, whether removed from the Vessel, lawfully or unlawfully, or remaining aboard, and all additions, improvements, renewals, and replacements made to the vessel (hereinafter collectively referred to as the "Vessel"), upon an Admiralty and Maritime claim for, inter alia, $1,516,523.35(being $1,145,771.35, plus interest accruing from May 15, 2008, and $360,751.00, plus interest accruing from June 18, 2008), and for additional interest accrued

through the date judgment for insurance premiums and other Vessel preservation costs paid by the plaintiff prior to the commencement of this action, and for costs; and, for the reasons set forth in this Verified Complaint for Foreclosure of First and Second Preferred Ship Mortgages and for Money Due on Promissory Notes and Personal Guaranties, prays for process of warrant for the arrest of the Vessel, and that all persons interested in the Vessel may be cited to answer the premises; that the Vessel may, for the causes in the Verified Complaint for Foreclosure of First and Second Preferred Ship Mortgages and for Money Due on Promissory Notes and Personal Guaranties, be sold to pay the demands of the plaintiff, United States of America; and the Court has ordered this warrant of arrest to issue,

YOU ARE HEREBY COMMANDED to arrest the Vessel, as defined in the Verified Complaint for Foreclosure of First and Second Preferred Ship Mortgages and for Money Due on Promissory Notes, and Personal Guaranties and to detain the Vessel in the custody of the substitute custodian, Promet Marine Services Corp., located at 242 Allens Avenue, Providence, Rhode Island 02905; the Vessel currently being located at or near Town Dock, 45 State Street, Pt. Judith, Rhode Island, and to promptly give actual notice of the commencement of this action to the Master, or other ranking officers or caretakers of the Vessel;

YOU ARE FURTHER COMMANDED to publish a Notice of Arrest and Filing of Action for Foreclosure of First and Second Preferred Ship Mortgages and for Money Due on Promissory Notes and Personal Guaranties, a copy of which is attached hereto, in accordance with Supplemental Rule C(4) of the Federal Rules of Civil Procedure, if the Vessel has not been released with ten(10) days after the execution of this process, in order to give notice to all persons claiming any interest in the Vessel that Rule C(6) of the Federal Rules of Civil Procedure requires the filing of any claims regarding the Vessel with the Clerk of the Court within ten(10) days after the execution of this process or within such additional time as may be ordered by this Court, and any answers within twenty (20) days after the filing of their claim, and

YOU ARE FURTHER COMMANDED to file this process in this Court with your return promptly after execution thereof.

WITNESS the Honorable DAVID L. MARTIN, JUDGE of the above Court, this 6th day of Aug, 2008 at Providence, Rhode Island.

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BY: ______________________
Deputy Clerk

Submitted by:

GREGORY G. KATSOS
Assistant Attorney General

ROBERT CLARK CORRENTE
United States Attorney

______________________
PETER G. MYER
Admiralty Trial Attorney
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
(202) 616-4043