UNITED STATES DISTRICT COURT
DISTRICT FOR RHODE ISLAND

THE UNITED STATES OF AMERICA,
Plaintiff,

v.

F/V IRON HORSE, Official No. 533196, her engines, tackle, boilers, permits, appurtenances, etc., *in rem*,

F/V BRIANA NICOLE, Official No. 687824, her engines, tackle, boilers, permits, appurtenances, etc., *in rem*,

BREEZY FISHERIES, INC., TB FISHERIES, INC., JAMES O'GRADY and TRACEY O'GRADY *in personam*,

Defendants.

CIVIL ACTION NO. CA 08 300 ML

AT LAW AND IN ADMIRALTY

AUG - 5 2008

ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

Upon the Application of Plaintiff, the United States of America, appointing a substitute custodian in lieu of the United States Marshal in this case, and good cause appearing therefor, it is

ORDERED that the plaintiff's Application is granted and that the United States Marshal shall transfer custody of the Defendant F/V IRON HORSE (the "IRON HORSE") and the Defendant F/V BRIANA NICOLE (the "BRIANA NICOLE") immediately following their arrest to the custody of the substitute custodian, the United States of America, acting through the National Oceanic and Atmospheric Administration ("NOAA"), an agency of the Department of Commerce, and Promet Marine Services Corp. of 242 Allens Avenue, Providence, Rhode Island 02905; and it is further

ORDERED that upon transfer of the IRON HORSE and BRIANA NICOLE to the substitute custodian, the substitute custodian is hereby appointed to act during *custodia legis* on behalf of this Court, in place of the United States Marshal until further Order of this Court; and its is further

ORDERED that upon transfer of the IRON HORSE and BRIANA NICOLE to the substitute custodian by the United States Marshal, the Marshal shall not be liable for any loss occurring while they remain in the custody of the substitute custodian; and it is further

ORDERED that all reasonable expenditures of the United States shall be administrative expenses in this action and a first charge on the IRON HORSE and BRIANA NICOLE herein, to be paid to the United States Marshal prior to the release of the IRON HORSE and BRIANA NICOLE or distribution of the proceeds of their sale; and it is further

ORDERED that all reasonable post-arrest expenses of the substitute custodian, including but not limited to costs of preparing the IRON HORSE and BRIANA NICOLE for and preserving and maintaining the IRON HORSE and BRIANA NICOLE during lay up, shall be administrative expenses in this action and a first charge on the IRON HORSE and BRIANA NICOLE, to be paid to the substitute custodian prior to the release of the IRON HORSE and BRIANA NICOLE or distribution of the proceeds of their sale; it is further

ORDERED that all reasonable expenditures that may be incurred by the United States and the substitute custodian, or by any party advancing funds to the substitute custodian for safekeeping or maintaining the IRON HORSE and BRIANA NICOLE while they are *in custodia legis*, including costs of maintaining adequate port risk insurance on the IRON HORSE and BRIANA NICOLE, which insurance shall be maintained by the NOAA and/or the National Marine Fisheries Service, while the IRON HORSE and BRIANA NICOLE are *in custodia legis* and shall be administrative expenses in this action and a first charge on the IRON HORSE and BRIANA NICOLE, to be paid to the substitute custodian prior to the release of the IRON HORSE and BRIANA NICOLE or distribution of the proceeds of their sale, the expenses of the

substitute custodian commencing this date, to include, among other things the cost of electricity, security, routine maintenance and inspection, and maintenance of watertight integrity of the IRON HORSE and BRIANA NICOLE; and it is further

ORDERED that after the IRON HORSE and BRIANA NICOLE are arrested, the substitute custodian shall be responsible to have the IRON HORSE and BRIANA NICOLE towed to its facility in Providence, where the IRON HORSE and BRIANA NICOLE shall be removed from the water and placed on blocks for safekeeping; and it is further

ORDERED, during *custodia legis* the substitute custodian shall not permit repairs or changes to be made to the IRON HORSE and BRIANA NICOLE, except for routine maintenance required for the IRON HORSE's and BRIANA NICOLE's safekeeping, or in emergency situations, without an Order of this Court.

DONE at Providence, Rhode Island, this 6th day of Aug. 2008.

David L. Martin
UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE

Submitted By:

GREGORY G. KATSOS
Assistant Attorney General

ROBERT CLARK CORRENTE
United States Attorney

PETER G. MYER
Admiralty Trial Attorney
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
202) 616-4043