AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | | |
|---|---|---|
| United States of America<br>Plaintiff<br>v.<br>F/V IRON HORSE and F/V BRIANA NICOLE, et al.<br>Defendant | )<br>)<br>)<br>)<br>) | [redacted] 08 300 ML<br>Civil Action No. |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Breezy Fisheries, Inc., c/o James O'Grady
288 Blackberry Hill Road
Wakefield, Rhode Island 02879

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Peter G. Myer, Trial Attorney, US dept of Justice
PO Box 14271
Washington, DC 20044-4271
(202) 616-4043

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 8-5-08

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on BREEZY FISHERIES INC, by:

(1) personally delivering a copy of each to the individual at this place, 288 BLACKBERRY HILL RD WAKEFIELD, R.I.; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ______; or

(4) returning the summons unexecuted to the court clerk on ______; or

(5) other *(specify)* ______

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00.

Date: 8-15-08

C.A Moore Jr
Server's signature

CLIFTON A MOORE JR
Printed name and title

2 EXCHANGE TERRACE
PROV. R.I.
Server's address