**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 08-300 ML |
| DEFENDANT | TYPE OF PROCESS |
| F/V IRON HORSE and F/V BRIANA NICOLE, et al. | in rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: F/V IRON HORSE

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Town Dock, 45 State Street, Pt. Judith, Rhode Island

RECEIVED U.S. MARSHALS SERVICE AUG 05 2008 District of Rhode Island

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Peter G. Myer, Trial Attorney, US Dept of Justice
PO Box 14271
Washington, DC 20044-4271
(202) 616-4043

Number of process to be served with this Form 285: 1

Number of parties to be served in this case:

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Tower nominated by Promet Marine, substitute custodian, will tow vessel to Promet's facility at 242 Allens Avenue, Providence, RI 02905

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF ☐ DEFENDANT | (202) 616-4043 | 5 AUG 2008 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. | No. 70 | Karen Lundgren | 8/5/08 |

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): F/V IRON HORSE

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above): TOWN DOCK 45 STATE ST. PT JUDITH, R.I

Date: 8-15-08 ~~1006~~ Time: 1006 ☑ am ☐ pm

Signature of U.S. Marshal or Deputy: C. A Moore

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $180.00 | $47.97 | | $227.97 | | $0.00 |

REMARKS: (2DEP) (2HRS) (82 MILES)

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00